UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 11040
    ELIZABETH H MOORE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-1083
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/06/06 and confirmed on 11/17/06.

    2.  The case was dismissed after confirmation, 04/25/2008.

    3.  The Debtor paid a total of $ 11117.53 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 25692.30 | 3480.98 | 5410.87 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 345.61 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MARIA JACOB | UNSECURED | NOT FILED | .00 | .00 |
| OUR LADY OF ACADEMICS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 1699.11 | .00 | .00 |
| ST JOSEPH HIGH SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| STELLA MOORE | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 2234.20 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 509.45 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25692.30 | .00 | 4788.37 | .00 | 30480.67 |
| PRINCIPAL PAID | 5410.87 | .00 | .00 | .00 | 5410.87 |
| INTEREST PAID | 3480.98 | .00 | .00 | .00 | 3480.98 |
| TOTAL PAID | 8891.85 | .00 | .00 | .00 | 8891.85 |

The Debtor's attorney, DAVID M SIEGEL                , was allowed $   3000.00
and was paid $    376.00   direct and $   1701.61  through the plan.

The Trustee received $    524.07 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                                    PAGE   2
         CASE NO. 06 B 11040 ELIZABETH H MOORE